# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ZELLERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 3:17-cv-03636-EMC<br><br>Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER ON STIPULATION TO BRIEFLY CONTINUE MEDIATION COMPLETION DATE**<br><br>Complaint Filed:　June 26, 2017<br>Discovery Cut-off:　Not Set<br>Motion Cut-off:　　Not Set<br>Bench Trial:　　　April 26, 2018 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation to briefly continue the mediation completion date, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the January 9, 2018 mediation completion date is continued to February 16, 2018.

All other dates set forth in the court's September 29, 2017 Scheduling Order (Dkt #22) remain unchanged.

DATED: <u>   12/19   </u>, 2017



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800